**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Bernard Sykes v. The State of Texas

Appellate case number:   01-19-00222-CR

Trial court case number:  1512316

Trial court:                     179th District Court of Harris County

  The appellant, Bernard Sykes, has filed a motion for rehearing. A majority of the panel has voted to deny rehearing. Accordingly, the motion is DENIED. All pending motions are dismissed as moot.

  It is so ORDERED.


Judge's signature: ____/s/  Evelyn V. Keyes_____
       Acting for the Court


Date: ___October 22, 2019_____